UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| AIG PROPERTY CASUALTY COMPANY and JONATHAN PINELL<br>*Plaintiffs* | * * * * | CIVIL ACTION<br><br>NO. |
| VERSUS | * * | |
| CROSBY DREDGING, LLC, *in personam*, and the DREDGE CAROLINE FRANCES, her engines, tackle, furniture, appurtenances, etc., *in rem*<br>*Defendants* | * * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**VERIFIED COMPLAINT**

**TO THE HONORABLE, THE JUDGES OF THE UNITED STATES DISTRICT COURT, FOR THE EASTERN DISTRICT OF LOUISIANA:**

NOW INTO COURT, through undersigned counsel, come Plaintiffs, AIG Property Casualty Company (hereinafter "AIG"), and Jonathan Pinell (hereinafter "Pinell"), and respectfully aver upon information and belief as follows:

I.

This is an Admiralty and Maritime claim within the Court's jurisdiction pursuant to 28 U.S.C. §1333 and Rule 9(h) of the Federal Rules of Civil Procedure, and Rule C of the Supplemental Rules for Certain Admiralty and Maritime claims.

II.

AIG is a corporation or other legal entity duly created, organized and existing under the laws of a foreign state with its principal place of business in New York, New York.

III.

Pinell is domiciled in the Parish of Lafourche State of Louisiana and is a resident of Raceland, Louisiana and who at all times pertinent hereto was the owner and operator of a 32 foot Contender pleasure boat bearing Document No. LA1033.

IV.

*In personam* defendant, Crosby Dredging, LLC, is a corporation or other legal entity created, organized and existing under the laws of the State of Louisiana with its principal place of business in Galliano, Louisiana. Crosby Dredging, LLC is registered in Louisiana and conducts business in the State.

V.

*In* rem defendant, DREDGE CAROLINE FRANCES, is a dredge of the United States Registry bearing U.S. Coast Guard Document No. 1264621, and which is now or will be during the pendency of this lawsuit within the jurisdiction of this Court. At all times pertinent hereto, Crosby Dredging, LLC was the owner and operator of the DREDGE CAROLINE FRANCES and her engines, tackle, furniture and appurtenances, including a dredge spoil pipe used in connection with the dredging process.

VI.

At all times pertinent hereto, defendants dredge spoil pipe was submerged and its location was not properly marked.

VII.

Upon information and belief, Crosby Dredging, LLC and the DREDGE CAROLINE FRANCES were conducting dredging activities in Flotation Canal near Port Fouchon, Louisiana on June 11, 2016. At that time, defendants had the dredge spoil pipe laid submerged and across the Flotation Canal.

VIII.

Plaintiff Pinell and other mariners were not notified by defendants, or the crew of the DREDGE CAROLINE FRANCES, of their intention to place the dredge spoil pipe submerged across this navigable waterway.

IV.

Plaintiff Pinell was navigating the 32 foot contender eastbound in Flotation Canal in a reasonable manner, his boat struck the submerged dredge pipe causing significant damage to the boat's motors, transom, and hull.

X.

Crosby Dredging, LLC and DREDGE CAROLINE FRANCES were negligent in the following ways, among others:

   a. Allowing the dredge spoil pipe to be submerged across a navigable waterway unmarked;
   b. Failing to develop and/or follow adequate procedures to mark the dredge spoil pipe under the circumstances;
   c. Failing to develop and/or follow adequate procedures to notify mariners of the submerged and unmarked dredge's spoil pipe;

    d. Failing to exercise reasonable care in deploying the dredge spoil pipe across Flotation Canal;

    e. Failing to insure that the submerged dredge spoil pipe was in a safe location from causing damage to mariners' navigating across and through Flotation Canal;

    f. The DREDGE CAROLINE FRANCES was unseaworthy;

    g. The crew of the DREDGE CAROLINE FRANCES failed to operate their vessel properly;

    h. The crew of the DREDGE CAROLINE FRANCES failed to conduct appropriate oversight regarding the dredge spoil pipe in its submerged condition;

    i. The defendants were grossly negligent and reckless in allowing the submerged dredge spoil pipe to be situated across a navigable waterway unmarked and without any regard to providing sufficient and adequate notice to mariners;

    j. Other acts of negligence and fault which will be shown at the trial of this matter;

XI.

As a result of the above-described incident and negligence and fault on the part of defendants, the plaintiffs have suffered damages, including, but not limited to, damage to the 32 foot contender, its hull, transom and motors, investigative and survey expenses, which are estimated to be in the amount of $81,699.26, as nearly as the same can be ascertained at this time, exclusive of interest and costs.

XII.

As a result of the above-described incident and negligence and fault on the part of Defendants, Plaintiff AIG became obligated to and did pay a sum certain under a policy of insurance issued by AIG to Plaintiff Jonathan Pinell which covered the aforementioned damages to the 32 foot contender. Upon information and belief, it is estimated that the amount of the payment under the Policy was $81,699.26. As a result, Plaintiff AIG is subrogated to the rights of its insured and brings this claim on its own behalf and as subrogee of Plaintiff Pinell.

WHEREFORE, Plaintiff Pinell, AIG Property Casualty Company and Jonathan Pinell, pray for the following:

1. That process in due form be issued against Defendant, Crosby Dredging, LLC, *in personam*, citing it to appear and answer all and singularly the aforesaid matters;

2. That, upon Plaintiffs' request, process in due form be issued against the DREDGE CAROLINE FRANCES, her engines, tackle, furniture, appurtenances, *iin rem*, and that all persons claiming any right, title or interest to said vessel be summoned to appear and answer under oath the aforesaid matters, and that the vessel thereafter be condemned and sold to pay the demands of Plaintiffs, AIG Property Casualty Company and Jonathan Pinell, plus interest and costs;

3. That after due proceedings are had, the Court enter Judgment in favor of Plaintiffs, AIG Property Casualty Company and Jonathan Pinell, and against Defendants, Crosby Dredging, LLC and the DREDGE CAROLINE FRANCES; and

4. That Plaintiffs be granted all other general and equitable relief as may be appropriate.

Respectfully submitted,

**GORDON, ARATA, MONTGOMERY, BARNETT, McCOLLAM, DUPLANTIS & EAGAN, LLC**

  /s/ *Philip S. Brooks, Jr.*
PHILIP S. BROOKS, JR., T.A. (#21501)
RONALD J. KITTO (#28638)
R. ETHAN ZUBIC (#34834)
201 St. Charles Avenue, 40th Floor
New Orleans, LA 70170
Telephone:   (504) 582-1111
Facsimile:   (504) 582-1121
E-mail:   pbrooks@gamb.law
       rkitto@gamb.law
       ezubic@gamb.law
*Attorneys for Plaintiffs,* AIG Property Casualty Company and Jonathan Pinell

**PLEASE SERVE:**

Pursuant to supplemental Admiralty Rule E(3)(b) it is requested that the issuance and delivery of process *in rem* against the DREDGE CAROLINE FRANCES be held in abeyance until further notice.

**SERVICE OF PROCESS:**

*in personam* against Crosby Dredging, LLC
will be requested by Waiver of Service

## VERIFICATION

STATE OF LOUISIANA

PARISH OF ORLEANS

BEFORE ME, the undersigned authority, personally came and appeared;

PHILIP S. BROOKS, JR.,

who deposed and stated that he is a partner of the law firm of Gordon, Arata, Montgomery Barnett, McCollam, Duplantis & Eagan, LLC, attorneys for Plaintiffs herein; that he has read the foregoing Complaint and knows the contents thereof, and that the same are true to the best of his knowledge and belief; that the sources of his knowledge and the grounds for his belief are various documents and information furnished to him by Plaintiffs, and with specific authorization.

_____
PHILIP S. BROOKS, JR.

Sworn to and subscribed before me,
this 9th day of June, 2017.

_____
NOTARY PUBLIC

DONALD J. RITTER
NOTARY PUBLIC
Bar # 28638
Parish of Orleans, State of Louisiana
My Commission is issued for Life